UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:   Salvatore Carbone | : | Chapter 7 | |
| | : | | |
| Movant/Debtor | : | No.: 18-13403-elf | |
| | : | | |
| John Antonucci | : | | |
| | : | | |
| Respondent | : | | |

### ORDER

**AND NOW**, this **26th** day of **July**, 2018 upon Motion of the Debtor to Avoid a Judicial Lien Held by John Antonucci ("the Respondent") in real property of the Debtor located at 368 Old Morris Road, Harleysville, PA and consideration of the response thereto;

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at Montgomery County Court of Common Pleas, Docket No. 2009-22589 is subject to avoidance pursuant to 11 U.S.C. § 522 (f);

**AND**, after a hearing, and for the reasons stated in court,

It is hereby **ORDERED** that the Motion is **GRANTED** and the judicial lien of John Antonucci in the above-named real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED upon discharge**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**