IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SALVATORE CARBONE | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-13403-ELF |
| | : | |

### CHAPTER 7 TRUSTEE'S MOTION TO EXTEND DEADLINES

Gary F. Seitz, Esquire, Chapter 7 Trustee ("Trustee") herein, by and through his counsel, Gellert Scali Busenkell & Brown LLC move the court to extend the deadlines so that the First Meeting of Creditors under §341(a) may be continued and, in support of the motion, as follows:

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on May 22, 2018.

2. On May 22, 2018, Gary F. Seitz was appointed interim trustee.

3. The Creditors' Meeting under Section 341 of the Bankruptcy Code was scheduled but not held on June 26, 2018 and was rescheduled for July 24, 2018 and August 14, 2018. At the meeting the debtor and his counsel agreed to provide the trustee with additional information concerning 2017 Tax returns, Business Tax Returns, Partnership Agreements and Credit Report. The debtor also agreed to amend the Schedules and Statement of Financial Affairs.

4. The next available Creditor's Meeting is on September 18,2018.

5. Under §341(a) of the Bankruptcy Code the debtor is required to attend and participate in a creditor's meeting.

      6.      The deadline to file a complaint challenging the debtor's discharge is August 25, 2018.

      7.      The debtor is required to appear at the meeting of creditors scheduled under section 341 of the Bankruptcy Code and to submit to examination as provided in section 343 of the Code.

      8.      The time fixed for filing complaints objecting to the discharge of the debtor will expire on August 25, 2018 before the Trustee, United States Trustee or any Creditor will have had an opportunity to examine the debtor concerning possible grounds for objection to discharge.

      9.      In order to allow the Trustee, United States Trustee or any Creditor ample opportunity to file a complaint seeking to prevent the debtor's discharge after the creditors' meeting has been completed, the Trustee seeks to extend the deadline for a period of 60 days after the completion of the creditors' meeting.

WHEREFORE, the Trustee respectfully request that this Court enter an Order extending the original deadlines for all parties-in-interest to file complaints objecting to the discharge of the Debtor or the discharge ability of a claim or to dismiss by 60 days after the meeting of creditors is concluded.

August 20, 2018

                                                                            /s/ Gary F. Seitz_____
                                                                             Gary F. Seitz
                                                                             Chapter 7 Trustee
                                                                              Gellert Scali Busenkell & Brown LLC
                                                                             The Curtis Center
                                                                             601 Walnut Street, Suite 750 West
                                                                             Philadelphia, PA 19106
                                                                             (215)238-0010
                                                                             gseitz@gsbblaw.com