IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SALVATORE CARBONE | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-13403-ELF |
| | : | |

# **ORDER**

AND NOW, to wit this  21st  day of  October , 2018, upon consideration of the Trustee's Motion to Extend the Deadlines for Filing Complaints Objecting to Discharge or the Dischargeability of a Debt, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline for filing such complaints is **EXTENDED** to **October 24, 2018**.

3. Upon an objection filed by the Debtor, filed on or before September 4, 2018, the court will schedule a prompt hearing and reconsider this Order on its merits.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**